# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 792 |
| | : | |
| APPOINTMENT TO THE | : | SUPREME COURT RULES DOCKET |
| PENNSYLVANIA BOARD OF LAW | : | |
| EXAMINERS | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, Leslie A. Collins, Esquire, Dauphin County, is hereby appointed as a member of the Pennsylvania Board of Law Examiners for a term of three years, commencing April 1, 2019.